IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

**KARA STIDD and**
**TOBIAS STIDD**,

      Plaintiffs,

v.                                                          Civil Action No. 5:17-CV-56
                                                                 (BAILEY)

**ERIE INSURANCE PROPERTY**
**AND CASUALTY COMPANY,**

      Defendant.

## ORDER DISMISSING CASE

Inasmuch as the parties in this case have informed this Court that all parties have reached a settlement agreement on all issues in the above-styled action, it is **ORDERED** that this civil action be, and the same is, hereby **DISMISSED WITH PREJUDICE** and retired from the active docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** June 4, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE